# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

LATAM AIRLINES GROUP S.A., et al.,

               Debtors.

-----------------------------------------------------------X

TM SOLUTIONS USA LLC,

               Plaintiff-Appellant,           22 **CIVIL** 8068 (ER)

    -against-                                           **JUDGMENT**

LATAM AIRLINES GROUP S.A.,

               Defendant-Appellee.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 25, 2023, the Order of the Bankruptcy Court is AFFIRMED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         July 25, 2023

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                              **BY:**      _K. Mango_

                                                      **Deputy Clerk**